

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2024

No. 04-24-00431-CV

Ali **ALABUDI**,
Appellant

v.

Amelia **GELIN**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-1192-CV-B
Honorable Daniel H. Mills, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on September 25, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2024.

_____
Luz Estrada, Chief Deputy Clerk